**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-01940-RM-BNB

DAVID A. NUTTLE,

    Plaintiff,

v.

CSC CREDIT SERVICES, and
EQUIFAX CREDIT INFORMATION SERVICES, LLC,

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

The Court, having reviewed the Stipulated Motion to Dismiss with Prejudice (ECF No. 21) and being fully advised, hereby ORDERS as follows:

1. The parties' Stipulated Motion to Dismiss (ECF No. 21) is GRANTED;

2. The above-captioned matter is DISMISSED WITH PREJUDICE; and

3. Each party shall bear his or its own costs and attorneys' fees.

DATED this 23rd day of October, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge